UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60874-CIV-COHN/WHITE

JERRY DAVIS,

 Petitioner,

vs.

WALTER A. McNEIL,

 Respondent.

_____/

## ORDER ADOPTING REPORT OF UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on the Report and Recommendation regarding Jerry Davis' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 submitted by United States Magistrate Judge Patrick A. White.  Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Petition [DE 1], the Amended Petition [DE 11], the State's Response [DE 16], the Report and Recommendation [DE 19], and is otherwise advised in the premises.  The Court notes that no objections to the Report and Recommendation have been filed, and the time for filing such objections has passed.  Accordingly, it is hereby

 **ORDERED AND ADJUDGED** as follows:

1.  The Report of United States Magistrate Judge Patrick A. White [DE 19] is **ADOPTED**.

2.  Mr. Davis' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [DE 1, DE 11] is **DENIED with prejudice**.

3.  All pending motions are **DENIED as moot**.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,
Florida, on this _26th_ day of October, 2009.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF

Jerry Davis
DC #017757
Desoto Correctional Institution
13617 SE Highway 70
Arcadia, FL 34266-7800